■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHANIE A. MEACHAM, Appellant. (Appeal No. 2.) [53 NYS3d 866]—Appeal from a judgment of the Seneca County Court (Dennis F. Bender, J.), rendered May 10, 2010. The judgment convicted defendant, upon her plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Meacham* ([appeal No. 1] 151 AD3d 1666 [2017]). Present—Carni, J.P., Lindley, DeJoseph, Curran and Troutman, JJ.